JS6

cc: Fiscal

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>           Plaintiff-in-Interpleader,<br><br>vs.<br><br>PATRICA ANN LEWIS, an individual, REGIA S. LEWIS, an individual, and DOES 1 to 25, inclusive,<br><br>           Defendants-in-Interpleader. | Case No. 2:22-cv-03367-RGK-KS<br><br>(Honorable Gary R. Klausner)<br><br>~~[AMENDED PROPOSED]~~ JUDGMENT<br><br>Complaint Filed: May 18, 2022 |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Judgment is hereby entered in favor of Plaintiff-in-Interpleader Metropolitan Life Insurance Company ("MetLife") in accordance with the terms of the Court's December 19, 2022 Order Re: MetLife's Motion for Default Judgment against Defendant-in-Interpleader Patricia Lewis ("Order") (Dkt #40) as follows:

MetLife, Shell Oil Company ("Shell"), and the Shell Oil Company Comprehensive Welfare Benefits Plan (the "Plan") are released from liability with respect to Defendants-in-Interpleader Patricia Lewis's and Regia Lewis's (collectively, "Defendants-in-Interpleader"), claims to the life insurance benefits payable under the Plan ("Plan Benefits") as a result of Decedent Clinton C. Lewis's

death, which MetLife has deposited with the Court. (Dkt #43)

Defendants-in-Interpleader, and their respective agents, attorneys and assigns are enjoined from instituting or maintaining any action against MetLife, Shell or the Plan regarding the MetLife group life insurance policy at issue or the Plan Benefits.

The Clerk of the Court is ordered to disburse the $7,537.71 on deposit with the Registry of the Court to Regia S. Lewis. This represents the Plan Benefits of $7,500 plus $37.71 in accrued interest.

MetLife is awarded its costs in the amount of $691.00 against Patricia Lewis. All pending dates in this action are vacated. Clerk to close this action.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: January 11, 2023

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

The foregoing Proposed Judgment is respectfully submitted by:

DATED: January 10, 2023         MAYNARD COOPER & GALE LLP

By: /s/ Karen T. Tsui
MISTY A. MURRAY
KAREN T. TSUI
Attorneys for Plaintiff-in-Interpleader
Metropolitan Life Insurance Company